

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2014

No. 04-14-00632-CV

**IN RE WILLIAMSBURG CARE COMPANY, LP**
d/b/a Princeton Place Rehabilitation and Healthcare

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice

On September 5, 2014, relator filed a petition for writ of mandamus and a motion for temporary stay with respect to two orders signed on September 4, 2014.

Relator's request for temporary stay is DENIED IN PART and HELD IN ABEYANCE IN PART. Relator's request for a temporary stay as to the deadline requiring production of documents on or before September 5, 2014 is DENIED. Relator's request for a temporary stay as to the deadline requiring production of documents on or before September 24, 2014 is HELD IN ABEYANCE until further order of this court.

It is so **ORDERED** on September 5, 2014.

PER CURIAM

ATTESTED TO: _____
               Keith E. Hottle
               Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CI-05792, styled *Alejandra Quintanilla, Individually, and as Representative of the Estate of Erminio Rangel, Deceased; Guadalupe Rangel, Individually; Ramona Rangel, Individually; Carmen Rangel, Individually; Maria Hernandez, Individually; Erminio Rangel Jr., Individually; Francisca Rangel Lopez, Individually; and Maria R. Gonzalez, Individually v. Williamsburg Care Company, LP d/b/a Princeton Place Rehabilitation and Healthcare; Michael S. Dugo, M.D.; and Lino Ramos, M.D.*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable David A. Canales and the Honorable Barbara Hanson Nellermoe, presiding.